**Order filed March 13, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-11-01033-CR

_____

**DEON RUSH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 506th District Court**
**Grimes County, Texas**
**Trial Court Cause No. 16,024C**

---

## O R D E R

The reporter's record in this case was due January 13, 2012. *See* Tex. R. App. P. 35.1. On February 7, 2012, the clerk of this court informed Kelly Kelly, the official court reporter, that the record had not been filed. No response was received.

The court has not received a request to extend time for filing the record. The record has not been filed with the court. We therefore issue the following order.

We order **Kelly Kelly** to file the record in this appeal within **30 days** of the date of this order. If **Kelly Kelly** does not timely file the record as ordered, the court may issue a

show cause order directing her to appear before this court on a date certain to show cause why she should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.